UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHELLE CALDERON, <br><br> Plaintiff/Relator, <br><br> v. <br><br> CARRINGTON MORTGAGE SERVICES, LLC, <br><br> Defendant. | Case No. 1:16-cv-00920-RLY-MJD <br><br> **UNDER SEAL** |

# UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action. Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Accordingly, the United States requests that, should either the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Further, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that all Orders issued by the Court be sent to counsel for the government. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the Complaint, this notice, and the Court's Order be unsealed and served upon the Defendant. All other contents of the Court's file in this matter should remain under seal and not be made public or served upon the Defendant.

> Respectfully submitted,
>
> JOSH J. MINKLER
> United States Attorney
>
> By: *s/ Jonathan Bont*_____
> Jonathan Bont
> Assistant United States Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing **NOTICE OF ELECTION TO DECLINE INTERVENTION** upon the Relator, by mailing a copy thereof to the following counsel of record on this 27th day of January, 2017:

Jennifer L. Blackwell
Donald G. Orzeske
GOODIN ORZESKE & BLACKWELL, P.C.
50 East 91st Street, Suite 104
Indianapolis, IN 46236

> *s/ Jonathan Bont*_____
> Jonathan Bont
> Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone: 317-226-6333