UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MICHELLE CALDERON,<br><br>   Plaintiffs,<br><br>  v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) NO. 1:16-cv-00920-RLY-MJD<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO DISMISS**

This matter came before the Court on the Motion of Defendant, Carrington Mortgage Services, LLC, to dismiss Plaintiff's Amended Complaint for failure to state a claim for which relief may be granted under Fed. R. Civ. P. 12(B)(6). The Court, being duly advised, hereby GRANTS the Motion. Plaintiffs' Amended Complaint hereby is dismissed, with prejudice.

Dated: _____

                 _____
                 Judge, United States District Court
                 Southern District of Indiana

Distribution to all counsel of record via CM/ECF.