UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MICHELLE CALDERON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | NO. 1:16-cv-00920-RLY-MJD |
| CARRINGTON MORTGAGE SERVICES, LLC, ) ) ) ) | |
| Defendant. ) | |

### ORDER REGARDING MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

This matter came before the Court on Defendant Carrington Mortgage Services, LLC's Motion for Enlargement of Time to Respond to Second Amended Complaint. [Dkt. 80.] The motion fails to "provide the reasons why an extension is requested" as required by Local Rule 6-1(a)(3). S.D. Ind. L.R. 6-1(a)(3). Absent such explanation, the four week enlargement sought appears excessive. Accordingly, the Court hereby **GRANTS IN PART** and **DENIES IN PART** the motion. Defendant's response to Plaintiff's Second Amended Complaint shall be due on or before **March 2, 2018**.

The motion goes on to request an enlarged briefing schedule for Defendant's possible motion to dismiss Plaintiffs' Second Amended Complaint—a motion which has not yet been filed. The Court declines to establish a briefing schedule for a motion that has not yet been filed,

as the parties cannot articulate the reasons for needing an extended briefing schedule for a motion they have not yet seen. Accordingly, that aspect of Defendant's motion is **DENIED**.

SO ORDERED.

Dated: 12 FEB 2018

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.