UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-00920-RLY-MJD |
| | ) | |
| CARRINGTON MORTGAGE SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MICHELLE CALDERON, | ) | |
| | ) | |
| Relator. | ) | |

**ENTRY**

In this action Relator Michelle Calderon ("Calderon") contends that Defendant Carrington Mortgage Services, LLC ("Carrington"), committed multiple counts of fraud under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729 *et seq.*, in connection with its residential mortgage lending business. (Filing No. 40, Am. Compl. ¶ 5). The United States of America (the "Government"), which would be a plaintiff in this *qui tam* action, declined to intervene. (Filing No. 10). By order dated January 10, 2018, the court granted Carrington's Motion to Dismiss, and allowed Calderon twenty-one days to file an amended complaint, or face dismissal (the "Order"). (Filing No. 75). On January 31, 2018, the Government moved to amend and/or correct the Order to make clear that, in this *qui tam* action, any dismissal is without prejudice to the Government. (Filing No. 78). The Government's motion is **GRANTED**, and the Order is hereby **AMENDED**

*nunc pro tunc* such that any dismissal of the claims brought by relator Calderon are dismissed without prejudice.

**SO ORDERED** this 5th day of March 2018.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.