UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MICHELLE CALDERON,<br><br>Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Defendant. | Case No. 1:16-cv-00920-RLY-MJD |

**SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Pursuant to the Court's January 19, 2018 Amended Scheduling Order (Dkt. 77), and its March 27, 2018 Order on Plaintiff's Motion to Continue (Dkt. 100), Defendant Carrington Mortgage Services, LLC ("Carrington"), and Plaintiff United States of America ex rel. Michelle Calderon ("Plaintiff") hereby submit the following Supplemental Joint Report on the Status of Discovery:

**1. Discovery Completed Between March 14, 2018 and April 16, 2018:**

Plaintiff: 2018 HUD FOIA response provided to Defense counsel.

Carrington: Plaintiff served Carrington with her First Requests for Production of Documents ("Plaintiff's First Requests") on June 21, 2017, and Carrington served responses and objections on July 21, 2017. On November 3, 2017, Plaintiff served Carrington with her Second Requests for Production of Documents ("Plaintiff's Second Requests"), and Carrington served responses and objections on December 4, 2017.

Since the parties' Supplemental Joint Status Report, dated March 13, 2018 (Dkt. 96), Carrington has made several productions in connection with Plaintiff's First and Second Requests:

- On March 28, 2018, Carrington produced additional responsive loan documents that were not included in its prior productions. This production consisted of 18 documents, or 253 pages.

- On March 29, 2018, Carrington produced responsive training materials. This production consisted of 2 documents, or 136 pages.

- On April 3, 2018, Carrington produced responsive and non-privileged emails from the Covered Period. This production consisted of 1,561 documents, or 3,259 pages.

- On April 10, 2018, Carrington produced loan files, servicing histories, payment histories, and claims information for certain of the loans it endorsed during the Covered Period (March 2013 to March 2015) and upon which claims for insurance were submitted to HUD. This production consisted of 76,120 documents, or 457,039 pages.

- On April 16, 2018, Carrington produced responsive and non-privileged emails from the Covered Period for the eight Carrington employees requested by Plaintiff. This production consisted of 3,123 documents, or 12,688 pages.

- Carrington is continuing its responsiveness and privilege review of email data that resulted from the application of the agreed upon search terms. Carrington will continue to make rolling productions of any responsive and non-privileged data.

2. **Scheduled or Pending Discovery:**

The table below details all discovery presently scheduled or pending between the parties, and for which document productions are still on going.

| Description | Completion Status | Tentative Due Date | Counsel Responsible |
|---|---|---|---|
| Loan files, as they are kept in the ordinary course of business, for additional responsive loans | Document collection and review in progress | On a rolling basis, through May 30 | Henninger Bullock, Mayer Brown |
| Full servicing and payment histories, for additional responsive loans | Document collection and review in progress | On a rolling basis, through May 30 | Henninger Bullock, Mayer Brown |
| Claims data, as it is kept in the ordinary course of business, for additional responsive loans | Document collection and review in progress | On a rolling basis, through May 30 | Henninger Bullock, Mayer Brown |
| Email data for Carrington Employees | Responsiveness and privilege review in progress | On a rolling basis, through May 30 | Henninger Bullock, Mayer Brown |
| Prior loan denials for the same borrower and property involved in a responsive loan | Document collection in progress | On a rolling basis, through May 30 | Henninger Bullock, Mayer Brown |
| Documents allegedly missing from the loan files Carrington has produced | Document collection in progress | On a rolling basis, through May 30 | Henninger Bullock, Mayer Brown |
| Additional details regarding claims listed on Plaintiff's FOIA request | In progress | Upon receipt from HUD | Jennifer Blackwell, Orzeske - Blackwell |

3. **Pending Discovery Disputes:**

The parties have no discovery disputes to raise at this time.

4. **Discovery to be Completed in the Next 28 Days:**

Plaintiff:   Scheduling depositions of Carrington employees.

Defendant:   Henninger Bullock, counsel for Carrington, anticipates that he will continue to produce (1) responsive and non-privileged emails; (2) underwriting files; (3) servicing histories; (4) payment histories; and (5) claims submissions information. He also anticipates that he will provide the results of searches for claims identified in Plaintiff's FOIA request, once Plaintiff provides additional details necessary to conduct a search.

5. **Remaining Discovery:**

Plaintiff:   Taking depositions of Carrington employees and serving additional written discovery based on current production information.

Defendant:   Henninger Bullock, counsel for Carrington, anticipates that he will take Plaintiff's deposition following completion of Carrington's review and production of all email and loan data that is responsive to Plaintiff's First and Second Requests.

6. **Other Discovery Matters:**

The parties do not wish to raise any other discovery matters at this time.

Dated: April 16, 2018                              By:

/s/Jeanine Kerridge
Jeanine Kerridge
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 231-7236
Facsimile:  (317) 231-7433
E-mail:  Jeanine.Kerridge@btlaw.com

Henninger S. Bullock, *pro hac vice*
Allison J. Zolot, *pro hac vice*
Niketa K. Patel, *pro hac vice*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 506-2500
Facsimile:  (212) 849-5528
Email:  hbullock@mayerbrown.com

*Attorneys for Defendant*
*Carrington Mortgage Services LLC*


 */s/ Jennifer L. Blackwell*
Jennifer L. Blackwell, Atty No.: 19269-49
ORZESKE - BLACKWELL, P.C.
50 East 91st Street, Suite 104
Indianapolis, IN  46240
Telephone:  (317) 846-4000
Telecopier: (317) 846-8000
jblackwell@indylitigation.com

*Attorney for Plaintiffs,*
*United States of America ex rel. Michelle*
*Calderon*

DMS JKERRIDGE 12141865v1